**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHAWN CHRISTOPHER ALLS, | ) | CASE NO. CV 10-00718 R (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| J.F. SALAZAR, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of SHAWN CHRISTOPHER ALLS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is granted and a writ of habeas corpus shall issue requiring Petitioner's release on parole, if, within one hundred and twenty (120) days from the date this Judgment becomes final, the State does not grant Petitioner a parole redetermination.

DATED: December 16, 2010

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE