UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN CHRISTOPHER ALLS, ) <br> ) <br>          Petitioner, ) <br> ) <br>    vs. ) <br> ) <br> J.F. SALAZAR, WARDEN, ) <br> ) <br>          Respondent. ) | CASE NO. CV 10-00718 R (RZ) <br><br> POST-REMAND JUDGMENT |

On April 20, 2011, the Court of Appeals reversed this Court's Judgment granting habeas relief as to Petitioner's claim that the denial of his parole violated his federal constitutional rights. The appellate court's mandate was issued on September 22, 2011. Accordingly,

IT IS ORDERED AND ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATED: July 16, 2012

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE